

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**April 14, 2026 12:57**

By: PETER MAPLEY 0092359

Confirmation Nbr. 3820875

WILLIS SEE                                      CV 26 137008

    vs.

CITY OF BEDFORD HEIGHTS                **Judge:**  PETER J. CORRIGAN

**Pages Filed:**  5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| WILLIS SEE<br>24285 Sherborne Road<br>Bedford Heights, Ohio 44146 | )<br>)<br>) | CASE NO.: |
| | ) | JUDGE: |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT FOR DAMAGES** |
| | ) | |
| CITY OF BEDFORD HEIGHTS | ) | (Jury Demand Endorsed |
| 5661 Perkins Road | ) | Herein) |
| Bedford Heights, Ohio 44146 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through undersigned counsel, as his Complaint against

Defendant, states and avers the following:

## INTRODUCTION

1. Plaintiff is a resident of the city of Bedford Heights, county of Cuyahoga, and state of Ohio.

2. Defendant City of Bedford is a municipality in the State of Ohio.

3. Defendant is an employer, pursuant to 42 U.S.C. § 2000e and Ohio Rev. Code § 4112.

4. All material events alleged in this Complaint occurred in Cuyahoga County.

5. Within 300 days of the conduct alleged below, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), specifically, Charge No. 532-2024-04921, which was dual filed with the Ohio Civil Rights Commission ("OCRC").

6. On January 21, 2026, Plaintiff received a Right to Sue letter, dismissing Charge No. 532-2024-04921, in accordance with 42 U.S.C. 2000e-5(f)(1).

7. Plaintiff has properly exhausted his administrative remedies.

8. Plaintiff files this Complaint within 90 days of receiving his Right to Sue letter from the EEOC.

9. This Court is a court of general jurisdiction over the claims presented herein, including all subject matters of this Complaint.

## FACTUAL ALLEGATIONS

10. Plaintiff was formerly employed by Defendant as a custodian, retiring in 2022.

11. In April of 2024, Plaintiff decided to return to the workforce and applied for a position as a custodian with Defendant.

12. Plaintiff completed requisite civil service examinations for an open position with Defendant, scoring well enough to be placed second among over twenty applicants.

13. On or around April 23, 2024, Plaintiff interviewed with Defendant.

14. During Plaintiff's April 23, 2024 interview, Roderick May, the individual with hiring discretion for the open position, informed Plaintiff that Mr. May wanted to hire a female for the position.

15. Defendant did not hire Plaintiff, who is male, for the open position, instead hiring a female who scored lower than Plaintiff on the civil service examination.

16. Defendant discriminated against Plaintiff on the basis of gender.

2

## COUNT I: GENDER DISCRIMINATION

17. Plaintiff incorporates by reference the allegations from the preceding paragraphs, as if fully restated herein.

18. Plaintiff is male.

19. Plaintiff was fully competent to perform the duties of the open position at Defendant.

20. Under Title VII and Ohio Rev. Code § 4112.02, it is unlawful for an employer to discriminate against an employee on the basis of gender.

21. Defendant discriminated against Plaintiff by hiring a less qualified female employee for the open position.

22. As a direct and proximate result of Defendant's wrongful conduct, Plaintiff suffered and will continue to suffer damages

## PRAYER FOR RELIEF

Plaintiff seeks judgment against each Defendant in an amount in excess of $25,000 to fully, fairly, and justly compensate his for injury, damage, and loss, and respectfully prays that this Court enter judgment in his favor and award his past economic and non-economic compensatory damages, fringe benefits, consequential damages, incidental damages, punitive damages, interest, all reasonable attorney's fees, costs and expenses, and any additional legal or equitable relief available under law, including, but not limited to back pay, future losses, reinstatement, and promotion.

3

Respectfully Submitted,

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)
Claire I. Wade (0093174)
WADE MAPLEY, LLC
65 Erieview Plaza, Ste 610
Cleveland, Ohio 44114
T: (216) 223-7213
F: (216) 223-7213
peter@wademapley.com
claire@wademapley.com

*Attorneys For Plaintiff*

4

## JURY DEMAND

Plaintiff demands a trial by jury by the maximum number of jurors permitted.

*s/ Peter C. Mapley*

Peter C. Mapley (0092359)

*An Attorney for Plaintiff*

Electronically Filed 04/14/2026 12:57 / / CV 26 137008 / Confirmation Nbr. 3820875 / CLDLJ